UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:21-cr-014 |
| v.   ) | |
| ) | |
| MARKEINA ALCINNAT    ) | |

ORDER TO DISMISS INDICTMENT

The motion of the Government for an Order dismissing, without prejudice, the Indictment against Defendant Markeina Alcinnat is GRANTED.

The Indictment against Defendant Markeina Alcinna is hereby dismissed without prejudice.

So ORDERED, this 19 day of July 2021.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA